UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E.W. by and through his
guardian RONNITA BRYANT,

        Plaintiff,                              No. 18-12964

v.                                            District Judge Arthur J. Tarnow
                                                  Magistrate Judge R. Steven Whalen

SECURITAS SECURITY SERVICES
USA, INC., ET AL.,

        Defendants.
                                         /

**ORDER**

For the reasons and under the terms stated on the record on April 9, 2019, Plaintiff's motion to compel discovery as to Defendants Detroit Public Schools, Myron Montgomery, and Broadus Wilkins [Doc. #17] is GRANTED, as follows:

(1) Defendants will produce the personnel files of individual Defendants Montgomery and Wilkins. Personal information, such as Social Security numbers, addresses, phone numbers, and driver's licenses and the officers' families' names, addresses, and phone numbers may be redacted. *See Kallstrom v. City of Columbus*, 136 F.3d 1055, 1067 (6th Cir. 1998).

(2) Defendants will produce the Detroit Public Schools policies and procedures regarding use of force; after-hours entry and unauthorized entry into school buildings; ejection of students from the school building; and reporting requirements of incidents involving use of force.

-1-

(3) Defendants will produce information on other similar incidents, with the following limitations: (a) the time period will be October, 2012 to October, 2017; (b) limited to incidents involving physical force by a school employee or contractor (such as a security guard) resulting in injury to a student that requires either medical treatment or is subject to mandatory reporting requirements.

(4) Defendants will produce Plaintiff E.W.'s student file or files.

(5) Defendants will produce video recordings/images for the continuous period of one-half hour before the incident in question to one-half hour after that incident concluded.

(6) Defendants will produce for deposition a witness under Fed.R.Civ.P. 30(b)(6) regarding the operation of the video recording system at the school. That witness need not be identified and produced until after defense counsel receives the videos in question. Depositions of these Defendants and defense witnesses will take place at the office of defense counsel.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2019

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 11, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen