UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E.W. by and through his
guardian RONNITA BRYANT,

      Plaintiff,                                  No. 18-12964

v.                                              District Judge Arthur J. Tarnow
                                                  Magistrate Judge R. Steven Whalen

SECURITAS SECURITY SERVICES
USA, INC., ET AL.,

      Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on April 9, 2019, Defendants' Motion to Compel Deposition and Independent Medical Exams of E.W., and Extend Scheduling Order [Doc. #21], and Plaintiff's Motion to Compel Depositions of Named Defendants Montgomery and Wilkins [Doc. #24] are GRANTED.

The scheduling order [Doc. #13] is amended as follows:

Discovery Cut-Off:                         June 18, 2019

Discovery Motion Cut-Off:             May 20, 2019

Dispositive Motion Cut-Off:           July 18, 2019

Dates for final pretrial conference/settlement conference and final pretrial order will be set by the District Judge.

-1-

The depositions of the Defendants Montgomery and Wilkins will be held before the depositions of Plaintiff E.W. and his mother.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2019

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 11, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen