UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E.W. by and through his
guardian RONNITA BRYANT,

      Plaintiff,                                 No. 18-12964

v.                                        District Judge Arthur J. Tarnow
                                              Magistrate Judge R. Steven Whalen

SECURITAS SECURITY SERVICES
USA, INC., ET AL.,

      Defendants.
_____/

## ORDER

        For the reasons and under the terms stated on the record on June 18, 2019, Defendants' Motion to Compel Plaintiff to Answer Defendant Myron Montgomery's First Set of Interrogatories and Request to Produce to Ronnita Bryant [Doc. #31] is GRANTED in its entirety. Plaintiff/Ronnita Bryant will produce all of the requested discovery, including Probate Court or other court orders showing that she has the legal authority to act on behalf of minor Plaintiff E.W., and medical releases properly executed by a person having legal authority to consent to the release on behalf of minor Plaintiff E.W. All requested discovery will be produced within 14 days of the date of this Order.

        Plaintiff's failure to comply with this Order, or with any discovery order of this Court, will result in sanctions, which may include monetary sanctions and/or dismissal of the complaint.

        IT IS SO ORDERED.

                                                  s/R. Steven Whalen
                                                  R. STEVEN WHALEN
                                                  UNITED STATES MAGISTRATE JUDGE

Date: June 18, 2019

## CERTIFICATE OF SERVICE

I hereby certify on June 18, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on June 18, 2019.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen