# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| E.W. by and through his guardian, RONNITA BRYANT, | ) ) ) |
| Plaintiff, | ) Civil Action No. 18-cv-12964 ) ) Hon. Arthur J. Tarnow ) Hon. Magistrate Judge |
| v. | ) R. Steven Whalen ) ) |
| SECURITAS SECURITY SERVICES USA, INC., DETROIT PUBLIC SCHOOLS, MYRON MONTGOMERY in his Individual capacity, and BROADUS WILKINS in His Individual Capacity, | ) ) ) ) ) ) ) ) ) |
| Defendant(s). | ) |

ERNST & MARKO LAW, PLC
Jonathan R. Marko (P72450)
Counsel for Plaintiffs
645 Griswold Street, Suite 4100
Detroit, Michigan 48226
(313) 965-5555
jon@ernstmarkolaw.com

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT
OFFICE OF THE GENERAL
COUNSEL
Theophilus E. Clemons (P47991)
Rebecca Shaw Hicks (P40734)
Jenice Mitchell Ford (P61511)
Attorneys for Defendants
Detroit Public Schools, Broadus
Wilkins, and Myron Montgomery
3011 W Grand Blvd., Suite 1002
Detroit, MI 48202
(313 873-4527
theophilus.clemons@detroit12.org

BLAKE KIRSCHNER SYMONDS
LARSON KENNEDY & SMITH, P.C.
Michael L. Ossy (P73257)
Attorneys for Defendant Securitas
535 Griswold, Suite 1400
Detroit, MI 48226
(313) 961-7321
mlo@blakekirchner.com

## MYRON MONTGOMERY'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF NAMED DEFENDANT MONTGOMERY

Now Comes Defendant Myron Montgomery, through his undersigned counsel, and in response states:

On July 3, 2019 Counsel for Defendant Montgomery agreed to provide a date certain for Myron Montgomery's deposition on receipt of a court order showing that Ronnita Bryant had the legal authority to act on behalf of the minor Plaintiff. (Exh 1, July 3, 2019 e-mail).

Later that day, Plaintiff's counsel provided Letters of Authority. Accordingly, that same day, Defendant's counsel offered July 16, 2019, 10:00 a.m. for Defendant Myron Montgomery's deposition. On July 8, 2019, Plaintiff's counsel agreed to that date, and has noticed the deposition for July 16, 2019 at 10:00 a.m. (Exh 2, Notice of Deposition of Myron Montgomery).

Wherefore, Defendant Montgomery respectfully requests Plaintiff's motion be denied.

        Respectfully Submitted,

        s/Theophilus E. Clemons_____
        THEOPHILUS E. CLEMONS (P47991)
        Attorney for Defendants DPS,
        Montgomery, and Wilkins
        3011 West Grand Blvd., Ste. 1002
        Detroit, MI. 48202
        (313) 873-4527
        theophilus.clemons@detroitk12.org

## **BRIEF IN SUPPORT**

Defendant Montgomery relies on his motion, the exhibits attached thereto, and the discretion of this Honorable Court.

WHEREFORE, Defendant Montgomery respectfully requests that Plaintiff's motion be denied.

/s/Theophilus E. Clemons
THEOPHILUS E. CLEMONS (P47991)
Attorney for Defendants DPS,
Montgomery and Broadus
Detroit Public Schools Community District
Office of the General Counsel
3011 West Grand Blvd., Ste. 1002
Detroit, MI. 48202
(313) 873-4527

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                      /s/Theophilus E. Clemons
                                      THEOPHILUS E. CLEMONS (P47991)
                                      Attorney for Defendants DPS,
                                      Montgomery and Broadus
                                      Detroit Public Schools Community District
                                      Office of the General Counsel
                                      3011 West Grand Blvd., Ste. 1002
                                      Detroit, MI. 48202
                                      (313) 873-4527